**E-FILED on 2/23/2012**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN WEAR,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA and LONG TERM DISABILITY BENEFIT PLAN FOR EMPLOYEES OF INTUIT, INC.,<br><br>    Defendants. | Case No. CV11-05187 RMW<br><br>**ORDER UPON STIPULATION TO DISMISS LONG TERM DISABILITY BENEFIT PLAN FOR EMPLOYEES OF INTUIT, INC.**<br><br>Complaint Filed: October 24, 2011 |

IT IS HEREBY ORDERED that defendant LONG TERM DISABILITY BENEFIT PLAN FOR EMPLOYEES OF INTUIT, INC. (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. The Prudential Insurance Company of America shall remain the only named defendant.

IT IS SO ORDERED.

Dated: 2/23/2012

*/s/ Ronald M. Whyte*
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

122889.1

1

Case No. CV11-05187 RMW
ORDER UPON STIPULATION TO DISMISS THE PLAN