*E-FILED on 7/24/12*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN WEAR, | Case No. CV11-05187 RMW |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA and LONG TERM DISABILITY BENEFIT PLAN FOR EMPLOYEES OF INTUIT, INC., | Complaint Filed: October 24, 2011 |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV11-05187 RMW, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

Dated: July 9, 2012

*Ronald M. Whyte*
Hon. Ronald M. Whyte
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

126068.1

1

Case No. CV11-05187 RMW
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE